[Nos. 23433-9-III; 23434-7-III.   Division Three.   March 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS RANDALL HARGROVE, *Appellant.*

Appeals from judgments of the Superior Court for Grant County, Nos. 97-1-00653-1 and 98-1-00314-9, Kenneth L. Jorgensen, J., entered September 13, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 54554-0-I; 55293-7-I.   Division One.   March 13, 2006.]

PAULITO NONOG ET AL., *Appellants,* v. SEATTLE CITY LIGHT ET AL., *Respondents.*

Appeals from judgments of the Superior Court for King County, No. 03-2-15614-1, Douglas D. McBroom, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.

[No. 54920-1-I.   Division One.   March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK WADE KNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01730-2, Larry E. McKeeman, J., entered August 20, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Ellington, J.

[No. 55033-1-I.   Division One.   March 13, 2006.]

*In the Matter of the Marriage of* YUYU ECLIPSE, *Respondent,* and ROBERT ECLIPSE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-07756-4, Mary Yu, J., entered August 18, 2004. *Affirmed* by unpublished per curiam opinion.